1074

No. 73–5553.  ARMATO *v.* CORRECTIONAL SUPERIN-
TENDENT, EASTERN N. Y. CORRECTIONAL FACILITY.  App.
Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 73–5554.  SHORTER *v.* ALLEN SUPERIOR COURT
ET AL.  Ct. App. Ind.  Certiorari denied.

No. 73–5555.  GEDVICK *v.* INTERNATIONAL UNION OF
OPERATING ENGINEERS AFFILIATED ET AL.  C. A. D. C.
Cir.  Certiorari denied.

No. 73–5562.  BROWN *v.* BALDWIN, TRAINING CENTER
SUPERINTENDENT.  C. A. 8th Cir.  Certiorari denied.

No. 73–5563.  McDONALD *v.* WELLONS ET AL.  Ct.
App. Tenn.  Certiorari denied.

No. 73–5565.  PARKS *v.* PENNSYLVANIA.  Sup. Ct. Pa.
Certiorari denied.

No. 73–5574.  HARDWICK *v.* GEORGIA.  C. A. 5th Cir.
Certiorari denied.

No. 73–5576.  CASPERSON *v.* PENNSYLVANIA.  Sup. Ct.
Pa.  Certiorari denied.

No. 73–5583.  DEAR *v.* LOCKE ET AL.  C. A. 7th Cir.
Certiorari denied.

No. 73–5589.  ROSS *v.* MORGAN, ATTORNEY GENERAL
OF NORTH CAROLINA, ET AL.  C. A. 4th Cir.  Certiorari
denied.

No. 73–5596.  GARCIA *v.* CALIFORNIA.  Ct. App. Cal.,
5th App. Dist.  Certiorari denied.